Certificate Number: 02998-NJ-DE-035175777

Bankruptcy Case Number: 20-23167



02998-NJ-DE-035175777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2020, at 10:59 o'clock AM EST, Albert M Vono completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 14, 2020             By:     /s/Terri Everett

Name:  Terri Everett

Title:   Counselor