Certificate Number: 02998-NJ-DE-035175778

Bankruptcy Case Number: 20-23167



02998-NJ-DE-035175778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 13, 2020</u>, at <u>10:59</u> o'clock <u>AM EST</u>, <u>Emma L Garcia-Reyes</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 14, 2020</u>          By:  <u>/s/Terri Everett</u>

                                       Name:  <u>Terri Everett</u>

                                       Title:  <u>Counselor</u>