DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard G. Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
555 U.S. Highway
Suite 420
Iselin, New Jersey 08830
(518) 786-9069
Attorneys for M&T Bank

In Re:

    ALBERT M. VONO
    EMMA L. GARCIA-REYES

          Debtor(s)

Case No.: 20-23167-MBK

Judge.:  Judge Michael B. Kaplan

Chapter: 13

## NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
## OF ALL ORDERS, NOTICES, AND PLEADINGS
## UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

    M&T Bank, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    December 18, 2020
                Iselin, New Jersey

/s/  Richard G. Gerbino
Richard G. Gerbino., Esq. ID #057351993
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
Attorneys for M&T Bank
Office and P.O. Address
555 U.S. Highway
Suite 420
Iselin, New Jersey 08830
Phone: (518) 786-9069
E-Mail: rgerbino@schillerknapp.com

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard G. Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
555 U.S. Highway
Suite 420
Iselin, New Jersey 08830
(518) 786-9069
Attorneys for M&T Bank

In Re:

    ALBERT M. VONO
    EMMA L. GARCIA-REYES

           Debtor.

Case No.: 20-23167-MBK

Judge.: Judge Michael B. Kaplan

Chapter: 13

## CERTIFICATE OF SERVICE

1. I, <u>Richard J. Panaro</u>:

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for the law firm of Schiller, Knapp, Lefkowitz & Hertzel, LLP, attorneys for M&T Bank in the above captioned matter.

    ☐ am the_____ in the above case and am representing myself

2. On December <u>18</u>, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December <u>18</u>, 2020

/s/ Richard J. Panaro
_____
Richard J. Panaro

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | Debtor(s) | ☐ Hand delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☒ Other<br>(as authorized by the court*) Non-Pro Se, no need for service by mail. |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853<br><br><br>United States Trustee (District of New Jersey)<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102<br><br><br>Lee Martin Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003<br>ecf@newjerseybankruptcy.com | Trustee<br><br><br><br>US Trustee<br><br><br><br><br><br>Counsel for Debtor | ☐ Hand delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(as authorized by the court*) |

2