|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

In re:

Albert M. Vono
Emma L. Garcia-Reyes

Debtor(s)

Case No. 20-23167 / MBK

Hearing Date: February 2, 2021  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to file a feasible plan  - Debtor's pension loan $412 ends in month 10.**

**The debtor has failed to supply the Trustee with the following document(s):**

    **2 months bank statements from Green Dot Bank prior to filing. Listed on Debtor's pay stubs**

    **Amendments to Schedules B and C to add Green Dot Bank $25 deposited into acct.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.   The Trustee's calculations are higher for the following reason(s): Income verifies higher, there is disposable income $1,285.49, which will also verify higher**

**The Schedules fail to account for the debtor(s) tax refund in the amount of $6,929 when determining disposable income.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is non-exempt equity on real property $3,084 and bank accounts.**

**need November 2020 statements for  PNC bank accounts ending in #9757 and #3551.**
**need domestic support form for debtor,Vono- there are 2 forms need  for each of the support obligations**
**Must file Pre-confirmation certificate.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo

Albert Russo

Standing Chapter 13 Trustee

by: Mary Krieger, Staff Attorney