UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856)751-4224
Attorney for Debtors

In Re:
ALBERT M. VONO
EMMA L. GARCIA-REYES

Case No.: 20-23167

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Albert Vono and Emma Garcia-Reyes__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __February 2, 2021__.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: Janaury 28, 2021

_____
Signature of Debtor

DATED: January 28, 2021

_____
Signature of Joint Debtor

new.5/23/06;jml

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856) 751-4224
Fax: (888) 635-5933
Attorney for Debtors

In Re:

ALBERT M. VONO
EMMA L. GARCIA-REYES,

                Debtors.

Case No.: 20-23167-MBK

Chapter 13

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## CERTIFICATION OF DEBTORS AS IT PERTAINS TO FEDERAL AND STATE INCOME TAX REFUNDS

    I/We, Albert M, Vono and Emma L. Garcia-Reyes, the Debtors in the above-entitled case make this Certification as follows:

1.     The Chapter 13 Trustee has filed an Objection in our Chapter 13 case arguing that our Tax refund should be pro-rated and added to Schedule I of our petition as income. The trustee is correct that for tax year ending 2019, we were entitled to a tax refund of $6,929.00, but this refund was not placed on Schedule I of our petition because while although I am entitled to receive the tax refund, it is offset every year for the payment of child support owed to two domestic support recipients. I/We have provided all documentation to the trustee evidencing these court ordered support obligations. I/We do not receive this refund and thus, do not believe that it should be counted as income to fund our Chapter 13 Plan.

2. I/We hereby certify under penalty of perjury that the foregoing statements made be Me/us are true and if willfully false I/We am/are subject to punishment.

Dated: 1/28/21

_____
ALBERT M. VONO, DEBTOR

Dated: 1/28/21

_____
EMMA L. GARCIA-REYES, CO-DEBTOR