UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Tel:  (856) 751-4224
Fax:  (888) 635-5933
Attorneys for Debtors

Order Filed on April 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALBERT M. VONO and EMMA GARCIA-REYES

      Chapter 13 Debtors.

Chapter 13

Case No.:  20-23167-MBK

Hearing Date:  3/24/2021
              Time:  9:00 a.m.

Judge:  Hon. Michael B. Kaplan

**AMENDED ORDER RESOLVING MOTION TO APPROVE PENSION LOAN OF DEBTOR, EMMA GARCIA-REYES *NUNC PRO TUNC***

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**Debtor{s}:**   ALBERT M. VONO and EMMA GARCIA-REYES
**Case No.:**    20-23167-MBK
**Caption:**     ORDER RESOLVING MOTION TO APPROVE PENSION LOAN *NUNC PRO TUNC*

**UPON CONSIDERATION** of the Motion to Approve Pension Loan of Emma Garcia-Reyes Nunc Pro Tunc (the "Motion") filed by the Law Offices of Lee M. Perlman, on behalf of Debtors, Albert M. Vono and Emma Garcia Reyes, (the "Movant"), and any response thereto, the Court hereby ORDERS as follows:

1. The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have respective meanings set forth in the Motion.

2. The debtor will amend Schedule J to remove car payment within ten (10) days of the date of this Order.

3. The debtor's application for the pension loan is hereby approved *Nunc Pro Tunc*.