UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Tel:  (856) 751-4224
Fax:  (888) 635-5933
Attorneys for Debtors

In Re:

ALBERT M. VONO and EMMA GARCIA-REYES

Chapter 13 Debtors.

Order Filed on April 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No.:  20-23167-MBK

Hearing Date:  3/24/2021
       Time:  9:00 a.m.

Judge:  Hon. Michael B. Kaplan

**AMENDED ORDER RESOLVING MOTION TO APPROVE PENSION LOAN OF DEBTOR, EMMA GARCIA-REYES *NUNC PRO TUNC***

The relief set forth on the following pages, numbered two (2) through (2) is

hereby **ORDERED**.

**DATED: April 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

**Debtor{s}:** ALBERT M. VONO and EMMA GARCIA-REYES
**Case No.:** 20-23167-MBK
**Caption:** ORDER RESOLVING MOTION TO APPROVE PENSION LOAN *NUNC PRO TUNC*

**UPON CONSIDERATION** of the Motion to Approve Pension Loan of Emma Garcia-Reyes Nunc Pro Tunc (the "Motion") filed by the Law Offices of Lee M. Perlman, on behalf of Debtors, Albert M. Vono and Emma Garcia Reyes, (the "Movant"), and any response thereto, the Court hereby ORDERS as follows:

1. The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have respective meanings set forth in the Motion.

2. The debtor will amend Schedule J to remove car payment within ten (10) days of the date of this Order.

3. The debtor's application for the pension loan is hereby approved *Nunc Pro Tunc*.

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 20-23167-MBK
Albert M. Vono   Chapter 13
Emma L. Garcia-Reyes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 07, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Albert M. Vono, Emma L. Garcia-Reyes, 26 6th Ave, Roebling, NJ 08554-1206

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Joint Debtor Emma L. Garcia-Reyes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Albert M. Vono ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Richard Gerbino
    on behalf of Creditor M&T BANK rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6