Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23167−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Albert M. Vono | Emma L. Garcia−Reyes |
| 26 6th Ave | 26 6th Ave |
| Roebling, NJ 08554 | Roebling, NJ 08554 |

Social Security No.:
 xxx−xx−1481                                   xxx−xx−8576

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 7, 2021.


Dated: May 7, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Albert M. Vono  
Emma L. Garcia-Reyes  
    Debtors

Case No. 20-23167-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2021 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Albert M. Vono, Emma L. Garcia-Reyes, 26 6th Ave, Roebling, NJ 08554-1206 |
| cr | + | M&T BANK, Schiller, Knapp, Lefkowitz & Hertzel,LLC, 15 Cornell Road, Latham, NY 12110-1491 |
| 519056853 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519036107 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519036108 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519036109 | + | Andrea Otero, 9858 Shore Break Lane, Apt 201, Berlin, MD 21811-2999 |
| 519036110 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519036111 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519036117 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519108800 | + | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519057333 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519085552 | + | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240-0840 |
| 519036119 | + | Lori Lei Perez Vono, 352 Evanston Dr, East Windsor, NJ 08520-5310 |
| 519036122 | + | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519036121 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519036125 | + | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519036126 | + | Security Credit Services LLC, 2612 Jackson Ave, Oxford, MS 38655-5405 |
| 519036127 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519110238 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519036128 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Mailcode VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 519036133 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519044015 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519036134 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519036113 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 21:56:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519070633 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 21:55:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519036115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:56:09 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 3 |
| Date Rcvd: May 07, 2021 | Form ID: plncf13 | | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519102752 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:56:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519036116 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:56:14 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519079709 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519066823 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 07 2021 20:38:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519036118 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 07 2021 20:38:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 519040485 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2021 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519036114 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 07 2021 21:56:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519074211 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 21:55:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519036120 | | Email/Text: camanagement@mtb.com | May 07 2021 20:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519036123 | | Email/Text: Bankruptcy.Notices@pnc.com | May 07 2021 20:36:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519100422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:56:08 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519105950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:56:09 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519037727 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519036129 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:56:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519036130 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:09 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519036131 | + | Email/Text: documentfiling@lciinc.com | May 07 2021 20:35:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519036112 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519036124 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519036132 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: plncf13 | Total Noticed: 44 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Lee Martin Perlman
on behalf of Joint Debtor Emma L. Garcia-Reyes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
on behalf of Debtor Albert M. Vono ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Richard Gerbino
on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6