| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>20-23167-MBK</u><br><br>Chapter: <u>      13          </u><br><br>Hearing Date: <u> 07/26/2023   </u> |
| In Re:<br>Albert Vono & Emma Garcia Reyes | Judge: <u>        Kaplan        </u> |

## CERTIFICATION OF SERVICE

1. I, M.J. Roames:

    <u>        </u> represent the debtor in the above captioned matter.

    <u>   X   </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

    <u>        </u> Am the <u>                        </u> in the above captioned matter and am representing myself.

2. On <u>     06/27/2023          </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Motion to approve pension loan, brief, certification, proposed order                                                                </u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: <u> 06/27/2023               </u>         <u>   /s/ M.J. Roames     </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| MT BANK<br>SCHILLER KNAPP LEFKOWITZ HERTZEL LLC<br>15 CORNELL ROAD<br>LATHAM NY 12110-1491<br><br>AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><br>AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540<br><br>AMEXBANKRUPTCY<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540<br><br>ANDREA OTERO<br>9858 SHORE BREAK LANE APT 201<br>BERLIN MD 21811-2999<br><br>BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA FL 33634-2413<br><br>BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 | Creditor(s) | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANK NORTH AMERICA
ATTN RECOVERYCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

COSTCO ANYWHERE VISA CARD
ATTN BANKRUPTCY
PO BOX 6500
SIOUX FALLS SD 57117-6500

DEPARTMENT STORES NATIONAL BANK
CO QUANTUM3 GROUP LLC
PO BOX 657
KIRKLAND WA 98083-0657

GOLDMAN SACHS BANK USA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

HYUNDAI LEASE TITLING TRUST
PO BOX 20809
FOUNTAIN VALLEY CA 92728-0809

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| HYUNDAI MOTOR FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809<br><br>JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br><br>LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587<br><br>LAKEVIEW LOAN SERVICING LLC BY ITS SERVICING AGENT MT BANK<br>CO SCHILLER KNAPP LEFKOWITZ HERTZEL LLP<br>POST OFFICE BOX 840<br>BUFFALO NY 14240-0840<br><br>LORI LEI PEREZ VONO<br>352 EVANSTON DR<br>EAST WINDSOR NJ 08520-5310<br><br>MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307<br><br>MARCUS BY GOLDMAN SACHS<br>ATTN BANKRUPTCY<br>PO BOX 45400<br>SALT LAKE CITY UT 84145-0400<br><br>MARCUS BY GOLDMAN SACHS<br>PO BOX 45400<br>SALT LAKE CITY UT 84145-0400<br><br>PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRESSLER FELT WARSHAW LLP
7 ENTIN RD
PARSIPPANY NJ 07054-5020

SECURITY CREDIT SERVICES LLC
2612 JACKSON AVE
OXFORD MS 38655-5405

SELECT PORTFOLIO SERVICING INC
ATTN BANKRUPTCY
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SUNTRUST BANKGREENSKY
ATTN BANKRUPTCY
MAILCODE VA-RVW-6290 POB 8509
RICHMOND VA 23286-0001

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANKOLD NAVY
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

TELECOM SELFREPORTED
PO BOX 4500
ALLEN TX 75013-1311

UTILITY SELFREPORTED
PO BOX 4500
ALLEN TX 75013-1311

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| WELLS FARGO BANK NA DBA WELLS FARGO AUT<br>PO BOX 130000<br>RALEIGH NC 27605-1000<br><br>WELLS FARGO DEALER SERVICES<br>ATTN BANKRUPTCY<br>1100 CORPORATE CENTER DRIVE<br>RALEIGH NC 27607-5066 | | |
| ALBERT M VONO<br>26 6TH AVE<br>ROEBLING NJ 08554-1206<br><br>EMMA L GARCIAREYES<br>26 6TH AVE<br>ROEBLING NJ 08554-1206 | Debtor(s) | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.