| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Law Offices of Lee M. Perlman**<br>1926 Greentree Road<br>Cherry Hill, NJ 08003<br>(t) 856-751-4224<br>(f) 888-635-5933<br>ecf@newjerseybankruptcy.com<br>Counsel for Debtors | |
| In re:<br><br>Albert Vono and Emma Garcia Reyes<br><br>Debtor(s) | |

Order Filed on July 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 20-23167 |
| Chapter: | 13 |
| Hearing Date: | July 26, 2023 |
| Honorable | Michael B. Kaplan |

**ORDER AUTHORIZING DEBTOR TO TAKE A PENSION LOAN**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: July 31, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In re: Vono, Albert and Garcia Reyes, Emma
Case No.: 20-23167
Caption of Order: Authorizing Debtor to Take Pension Loan

This matter having come before the court upon the motion of Albert Vono and Emma Garcia Reyes (Vono) for an order authorizing the debtors to take a pension loan for the purchase of a vehicle, the arguments of counsel, if any, other further proofs as have been adduced, and for good cause shown; it is hereby

**ORDERED** that Albert Vono is authorized to take a loan against his pension in the amount of Twenty-thousand dollars ($20,000.00) for the purchase of a vehicle;

It is **FURTHER ORDED** that within 14 days of the date of the transaction the debtors shall amend schedules I/J to reflect new monthly expenses.

The Debtors shall serve a copy of this order to the Trustee, and any part appearing in opposition, within seven (7) days of the date of this order and immediately thereafter file local form *certificate of service*.