| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Law Offices of Lee M. Perlman**<br>1926 Greentree Road<br>Cherry Hill, NJ 08003<br>(t) 856-751-4224<br>(f) 888-635-5933<br>ecf@newjerseybankruptcy.com<br>Counsel for Debtors | Order Filed on July 31, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Albert Vono and Emma Garcia Reyes<br><br>Debtor(s) | Case No: <u>20-23167</u><br>Chapter: <u>13</u><br>Hearing Date: <u>July 26, 2023</u><br>Honorable <u>Michael B. Kaplan</u> |

## ORDER AUTHORIZING DEBTOR TO TAKE A PENSION LOAN

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: July 31, 2023**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2
In re: Vono, Albert and Garcia Reyes, Emma
Case No.: 20-23167
Caption of Order: Authorizing Debtor to Take Pension Loan

---

This matter having come before the court upon the motion of Albert Vono and Emma Garcia Reyes (Vono) for an order authorizing the debtors to take a pension loan for the purchase of a vehicle, the arguments of counsel, if any, other further proofs as have been adduced, and for good cause shown; it is hereby

**ORDERED** that Albert Vono is authorized to take a loan against his pension in the amount of Twenty-thousand dollars ($20,000.00) for the purchase of a vehicle;

It is **FURTHER ORDED** that within 14 days of the date of the transaction the debtors shall amend schedules I/J to reflect new monthly expenses.

The Debtors shall serve a copy of this order to the Trustee, and any part appearing in opposition, within seven (7) days of the date of this order and immediately thereafter file local form *certificate of service*.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23167-MBK |
| Albert M. Vono | Chapter 13 |
| Emma L. Garcia-Reyes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Albert M. Vono, Emma L. Garcia-Reyes, 26 6th Ave, Roebling, NJ 08554-1206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | |
| | on behalf of Joint Debtor Emma L. Garcia-Reyes ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | |
| | on behalf of Debtor Albert M. Vono ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Richard Gerbino
    on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7